## UNITED STATES of America, Plaintiff–Appellee,

v.

## Guillermo GARCIA–AVITIA, a.k.a. Guillermo Garcia–Auitia, Defendant–Appellant.

### Nos. 13–10050, 13–10051.

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2014.*

Filed July 28, 2014.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Donald MacPherson, The MacPherson Group, Phoenix, AZ, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

### MEMORANDUM ***

In these consolidated appeals, Guillermo Garcia–Avitia appeals from his guilty-plea conviction and 36–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326; and the revocation of supervised release and consecutive 12–month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia–Avitia's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Garcia–Avitia the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.